AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE PRINT.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

NAME OF DEBTOR(S): Eric Dean Null
ADDRESS: 1375 Normandy Dr #4
CITY, STATE, ZIP: Atlanta, GA 30306

CASE NO: 05-95101
TELEPHONE NO: _____

05 AUG -8 AM 10: 37
BY: JHRoberts

## PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
ANSWER:    YES ( )    NO (✓)

If someone did assist you, list their name and address:

NAME: _____

ADDRESS: _____

CITY, STATE, ZIP CODE: _____    TELEPHONE NUMBER: _____

Did the person assisting you charge or collect any money for helping you in any way?
ANSWER:    YES ( )    NO ( )    IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?
ANSWER:    YES ( )    NO (✓)

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:
_____

_Eric Null_
PRO SE PETITIONER

Subscribed and sworn to before me on the 8th day of August 2005

_____    _JHRoberts_
NOTARY PUBLIC    DEPUTY CLERK