**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (9/97)     Case Number 05−95101−mhm

# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/8/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):
Eric Dean Null
aka  Eric Null
1375 Normandy Dr. #4
Atlanta, GA 30306

| | |
|---|---|
| Case Number: 05−95101−mhm<br>Judge: Margaret Murphy<br><br>The entire case number, including judge initials, is required on all papers filed with the court. | Social Security/Taxpayer ID Nos.:<br>xxx−xx−8674 |
| Attorney for Debtor(s) (name and address):<br><br>Pro Se ( Not Represented ) | Bankruptcy Trustee (name and address):<br>Angelyn M. Wright<br>The Wright Law Office, PC<br>116 East Howard Avenue<br>P. O. Box 2890<br>Decatur, GA 30031−2890<br>Telephone number: (404) 373−9933 |

### Meeting of Creditors:

Date: **September 6, 2005**        Time: **10:00 AM**
Location: **Room 365, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303**

> Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. **Please bring a copy of this notice with you to the Meeting of Creditors.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 11/7/05**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303<br><br>Telephone number: 404−215−1000<br>Hours Open: Monday − Friday 8:00 AM − 4:00 PM | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>W. Yvonne Evans<br><br><br><br><br>Date: 8/9/05 |

**EXPLANATIONS** FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. At the meeting, the creditors may elect a trustee other than the one named above, elect a committee of creditors, examine the debtor, and transact such other business as may properly come before the meeting. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Liquidation of Debtor's Property | The trustee will collect the debtor's property and turn any that is not exempt into money. At this time, however it appears from the schedules of the debtor that there are no assets from which any distribution can be paid to creditors. If at a later date it appears that there are assets from which a distribution may be paid, the creditors will be notified and given an opportunity to file claims. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  (See below for additional information regarding telephone and internet access to Bankruptcy Court records). |
| Legal Advice | Neither the Court nor the staff of the bankruptcy clerk's office can give you legal advice. You may want to consult an attorney to protect your rights. |

Pursuant to Local Rule 6007–1, the Case Trustee may give oral notice at the meeting of creditors of intent to abandon property of the debtor followed written notice of abandonment filed with the Court within 15 days of that meeting. Any party in interest who objects to the proposed abandonment may file a written objection within 15 days after the filing of the trustee's notice, stating the grounds therefore, and advocating the objection at a hearing held by the Court upon notice to trustee, debtor and other parties in interest.

## –– Refer to Other Side for Important Deadlines and Notices ––

An automated response for further information on this case is available 24 hours daily by calling the Court's Voice Case Information System (VCIS) toll free number at 800–510–8284 or or 404–730–2866 or 404–215–1000 and select the option for VCIS. Please have the case number, social security number or debtor name available when calling.

For case information you may choose to visit the Bankruptcy Court locations to view case information for free. Case information may be printed for 10 cents per page. Members of the bar and the public may access Court records at any time, by obtaining an account with the PACER (Public Access to Court Electronic Records) Service Center (800–676–6856). PACER access is available via the Internet, days, night and weekends. The cost to use PACER is eight (8) cents per page up to a maximum of $2.40 per document. A statement will be generated and mailed for your account, if you have accrued charges during the quarter and have a balance due greater than $10. If your balance is less than $10, no statement will be mailed and payment will be deferred until the balance due is greater than $10. The statement will only include the total amount due.

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113E-9            User: wilsonr              Page 1 of 1              Date Rcvd: Aug 09, 2005
Case: 05-95101                  Form ID: b9a               Total Served: 18

The following entities were served by first class mail on Aug 11, 2005.
db          +Eric Dean Null,    1375 Normandy Dr. #4,    Atlanta, GA 30306-2536
tr           Angelyn M. Wright,    The Wright Law Office, PC,    116 East Howard Avenue,    P. O. Box 2890,
              Decatur, GA  30031-2890
ust         +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330
8157802     +Amo Recoveries,    P.O.Box 1015,    Cleveland, TN 37364-1015
8157816     +Bank First,    2600 W 49th St,    Sioux Falls, SD 57105-6575
8157814     +CBCS,    236 East Towne St,    Columbus, OH 43215-4633
8157813      Cross Country Bank,    4700 Exchange Ct,    Boca Raton, FL  33431-4464
8157812      Emory Crawford Long,    P.O.Box 406939,    Atlanta, GA  30384-6939
8157803      First Premier Bank,    900 W. Delaware St.,    Sioux Falls, SD  57104-0347
8157805     +LJ Ross & Associates,    P.O.Box 1838,    Ann Arbor, MI 48106-1838
8157807     +NCO Financial,    507 Prudential Rd.,    Horsham, PA 19044-2368
8157806     +National Auto Finance,    17500 Chenal Pkwy, Suite 200,    Little Rock, AR 72223-9131
8157808      Orchard Bank,    9400 SW Beaverton Hills,    Beaverton, OR  97005-3315
8157810      Risk Management Altenatives,    P.O.Box 105816,    Atlanta, GA  30348-5816
8157811     +Southern Company Gas,    P.O.Box 530332,    Atlanta, GA 30353-0332

The following entities were served by electronic transmission on Aug 09, 2005 and receipt of the transmission
was confirmed on:
8157804     +EDI: ARROW.COM Aug 09 2005 18:18:00     Arrow Financial Services,    5996 W. Touhy Ave,
              Niles, IL 60714-4610
8157815     +EDI: CAPITALONE.COM Aug 09 2005 18:18:00     Capital One Bank,    P.O.Box 85015,
              Richmond, VA 23285-5015
8157803      EDI: AMINFOFP.COM Aug 09 2005 18:18:00     First Premier Bank,    900 W. Delaware St.,
              Sioux Falls, SD  57104-0347
8157808      EDI: HFC.COM Aug 09 2005 18:18:00     Orchard Bank,    9400 SW Beaverton Hills,
              Beaverton, OR  97005-3315
8157809      EDI: PROVID.COM Aug 09 2005 18:18:00     Providian BanCorp,    P.O.Box 9176,
              Pleasanton, GA  94566-9176
                                                                                                TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2005**                           Signature:  _Joseph Speetjens_