UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
    **Eric Dean Null**
    1375 Normandy Dr. #4
    Atlanta, GA 30306

**xxx−xx−8674**

Case No.: **05−95101−mhm**
Chapter:  **7**
Judge:  **Margaret Murphy**

### DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

    It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

    It further appears that the trustee in the above−entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

    **ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

_____
Margaret Murphy
United States Bankruptcy Judge

Dated:  December 9, 2005

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.]

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 113E-9           User: readn                 Page 1 of 1                  Date Rcvd: Dec 09, 2005
Case: 05-95101                 Form ID: 182                Total Served: 18

The following entities were served by first class mail on Dec 11, 2005.
 db          +Eric Dean Null,    1375 Normandy Dr. #4,    Atlanta, GA 30306-2536
 tr           Angelyn M. Wright,    The Wright Law Office, PC,    116 East Howard Avenue,    P. O. Box 2890,
               Decatur, GA 30031-2890
 ust         +Office of the US Trustee,    Suite 362,    75 Spring Street, SW,    Atlanta, GA 30303-3330
 8157802     +Amo Recoveries,    P.O.Box 1015,    Cleveland, TN 37364-1015
 8157816     +Bank First,    2600 W 49th St,    Sioux Falls, SD 57105-6575
 8157814     +CBCS,    236 East Towne St,    Columbus, OH 43215-4633
 8157813      Cross Country Bank,    4700 Exchange Ct,    Boca Raton, FL 33431-4464
 8157812      Emory Crawford Long,    P.O.Box 406939,    Atlanta, GA 30384-6939
 8157803      First Premier Bank,    900 W. Delaware St.,    Sioux Falls, SD 57104-0347
 8157805     +LJ Ross & Associates,    P.O.Box 1838,    Ann Arbor, MI 48106-1838
 8157807     +NCO Financial,    507 Prudential Rd.,    Horsham, PA 19044-2368
 8157806     +National Auto Finance,    17500 Chenal Pkwy, Suite 200,    Little Rock, AR 72223-9131
 8157808      Orchard Bank,    9400 SW Beaverton Hills,    Beaverton, OR 97005-3315
 8157810      Risk Management Altenatives,    P.O.Box 105816,    Atlanta, GA 30348-5816
 8157811     +Southern Company Gas,    P.O.Box 530332,    Atlanta, GA 30353-0332
The following entities were served by electronic transmission on Dec 09, 2005 and receipt of the transmission
was confirmed on:
 8157804     +EDI: ARROW.COM Dec 09 2005 18:15:00      Arrow Financial Services,    5996 W. Touhy Ave,
               Niles, IL 60714-4610
 8157815     +EDI: CAPITALONE.COM Dec 09 2005 18:15:00      Capital One Bank,    P.O.Box 85015,
               Richmond, VA 23285-5015
 8157803      EDI: AMINFOFP.COM Dec 09 2005 18:15:00      First Premier Bank,    900 W. Delaware St.,
               Sioux Falls, SD 57104-0347
 8157808      EDI: HFC.COM Dec 09 2005 18:15:00      Orchard Bank,    9400 SW Beaverton Hills,
               Beaverton, OR 97005-3315
 8157809      EDI: PROVID.COM Dec 09 2005 18:15:00      Providian BanCorp,    P.O.Box 9176,
               Pleasanton, GA 94566-9176
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 11, 2005**                    Signature:    _/s/ Joseph Speetjens_